# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: February 3, 2022

```
* * * * * * * * * * * * *
CIARA HENDRICKSON,              *
                                *
          Petitioners,          *          No. 17-006V
                                *
v.                              *          Special Master Gowen
                                *
SECRETARY OF HEALTH             *          Decision on Stipulation;
AND HUMAN SERVICES,             *          HPV; Tdap; meningococcal;
                                *          optic neuritis; headaches.
          Respondent.           *
* * * * * * * * * * * * *
```

*Diana Lynn Stadelnikas,* Maglio Christopher and Toale, PA, Sarasota, FL., for petitioner.
*Emilie Williams,,* U.S. Department of Justice, Washington, D.C., for respondent.

## DECISION ON STIPULATION[1]

On January 3, 2017, Ciara Hendrickson ("petitioner"), filed a petition for compensation under the National Vaccine Injury Program.[2] Petition (ECF No. 1). Petitioner alleges that as a result of receiving the HPV and Tdap vaccination on July 30, 2015, and the meningococcal vaccination on August 5, 2015, she suffered from headaches and optic neuritis. *Id.* at 2.

On February 3, 2022, respondent filed a stipulation providing that a decision should be entered awarding compensation to petitioner. Stipulation ("Stip.") (ECF No. 89). Respondent denies that the vaccines caused or significantly aggravated petitioner's alleged injury or any other injury. *Id.* at ¶ 6. Nevertheless, maintaining their respective positions, the parties now agree that the issues between them shall be settled and that a decision should be entered

---

[1] Pursuant to the E-Government Act of 2002, *see* 44 U.S.C. § 3501 note (2012), because this opinion contains a reasoned explanation for the action in this case, I am required to post it on the website of the United States Court of Federal Claims. The court's website is at http://www.uscfc.uscourts.gov/aggregator/sources/7. **This means the opinion will be available to anyone with access to the Internet.** Before the opinion is posted on the court's website, each party has 14 days to file a motion requesting redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). "An objecting party must provide the court with a proposed redacted version of the decision." *Id.* **If neither party files a motion for redaction within 14 days, the opinion will be posted on the court's website without any changes.** *Id.*

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-1 to -34 (2012) (Vaccine Act or the Act). All citations in this decision to individual sections of the Vaccine Act are to 42 U.S.C.A. § 300aa.

awarding the compensation to the petitioner according to the terms of the stipulation attached hereto as Appendix A. *Id.* at ¶ 7.

The stipulation provides:
a) **A lump sum of $40,407.48 in the form of a check payable to petitioner; and**
b) **A lump sum of $9,592.52, in the form of a check payable jointly to petitioner and the State of Florida Agency for Health Care Administration, representing reimbursement of a lien for services rendered to petitioner by the State of Florida, in the form of a check payable to:**

**Agency for Health Care Administration**
**Florida Medicaid Casualty Recovery Program**
**PO Box 12188**
**Tallahassee, FL 32317-2188**

Accordingly, the Clerk of the Court **SHALL ENTER JUDGMENT** in accordance with the terms of the stipulation and this decision.[3]

**IT IS SO ORDERED.**

<u>**s/Thomas L. Gowen**</u>
Thomas L. Gowen
Special Master

---

[3] Entry of judgment is expedited by each party's filing notice renouncing the right to seek review. Vaccine Rule 11(a).